May 17, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

KEVIN T. MORTON, Appellant

NO. 14-11-00126-CV                    V.

HUNG NGUYEN AND CAROL S. NGUYEN, Appellees

_____

We order that this court's judgment of March 22, 2012, be vacated, set aside, and annulled. We further order this court's opinion of March 22, 2012, withdrawn.

This cause, an appeal from the judgment in favor of appellees, HUNG NGUYEN AND CAROL S. NGUYEN, signed November 19, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred.

We therefore order that the portion of the trial court's judgment awarding HUNG NGUYEN AND CAROL S. NGUYEN "$160,000.00 in liquidated damages for violations of section 5.077 of the Texas Property Code" is **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we **MODIFY** the judgment by deleting the portion awarding HUNG NGUYEN AND CAROL S. NGUYEN "$300.00 as the statutory remedy for violations of Section 392 of the Texas Finance Code," and order the judgment **AFFIRMED** as modified and in all other respects.

We order that each party pay his or her own costs incurred in this appeal.  We further order this decision certified below for observance.